# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TAMEKO F. GRIFFIN**                                                                 **PLAINTIFF**

V.                                          5:05CV00266HDY

**JO ANNE B. BARNHART,**
**Commissioner**
**Social Security Administration**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on January 23, 2007, Judgment is hereby entered in favor of the Defendant.  The Complaint is dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of January 2007.

*/s/ James M. Moody*
James M. Moody
United States District Judge